## CONCLUSION

The judgment of the district court is reversed. We remand for entry of an order promptly releasing all of the funds seized to the claimant, the Asociacion. At oral argument, the government conceded that the claimant would recover interest if the claimant succeeded in recovering the corpus. As to the recoverability or computation of interest, we express no view. *See e.g., United States v. $277,000,* 69 F.3d 1491, 1493–98 (9th Cir.1995).

Dale C. Christensen, Jr., New York, New York (Mark D. Kotwick, Seward & Kissell, New York, New York, Marshall Simonds, Goodwin, Procter & Hoar, Boston, Massachusetts, on the brief), for Defendants–Appellees.

Before: NEWMAN, KEARSE, and KATZMANN, Circuit Judges.

PER CURIAM:

The judgment is affirmed on then-Chief Judge Griesa's opinion reported at 61 F.Supp.2d 5 (S.D.N.Y.1999).

**H. Price JESSUP, Linda Vaughn, Sally A. Kelly, Susan Owens, Annette Watkins and Nancy Hope Love, Plaintiffs–Appellants,**

v.

**The AMERICAN KENNEL CLUB, INC. and Labrador Retriever Club, Inc., Defendants–Appellees.**

**No. 99–9111.**

United States Court of Appeals, Second Circuit.

Argued: April 11, 2000.

Decided: April 18, 2000.

David Walter Schnare, Stafford, Virginia (George E. Marzloff, Stafford, Virginia, on the brief), for Plaintiffs–Appellants.

**Alberto ALFARO, Plaintiff–Appellee,**

v.

**WAL–MART STORES, INC., Defendant–Appellant.**

**Docket No. 99–7688**

United States Court of Appeals, Second Circuit.

Argued March 14, 2000.

Decided March 16, 2000.

As Amended April 25, 2000.

